UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDI L. KUNNEMANN, as INDEPENDENT ADMINISTRATOR OF THE ESTATE OF KARIN K. KUNNEMANN )<br><br>PLAINTIFF )<br><br>vs. )<br>)<br>)<br>JANSSEN PHARMACEUTICA PRODUCTS, L.P., a New Jersey Corporation; and ALZA CORPORATION, a Delaware Corporation )<br><br>DEFENDANTS ) | NO. 1:05-cv-3211<br><br>Judge Castillo<br>Magistrate Judge Keys |

**PLAINTIFF'S NOTICE OF FILING OF**
**RESPONSE TO MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

\* \* \* \* \* \* \* \* \* \* \* \*

PLEASE TAKE NOTICE that Plaintiff, by counsel, has this 27th day of June, 2008, hand delivered the following documents to the chambers of Hon. Arlander Keys in response to Defendants' Motion for Summary Judgment. In compliance with the Stipulation and Protective Order, entered on December 7, 2005 (document 32), the following documents are not being filed in the public record. Counsel hereby certifies that a copy of all of the following documents have been served upon counsel for the Defendants.

1. Plaintiff's Statement of Additional Material Facts;

2. Plaintiff's Response to Defendants' Statement of Material Facts;

3. Plaintiff's Response to Defendants' Motion for Summary Judgment;

4. Plaintiff's Memorandum in Support of her Response to Defendants' Motion for Summary Judgment;

5. Plaintiff's Appendix to Statement of Material Facts; and

6. Exhibits A-Z.

Respectfully submitted,

*s/ Christopher W. Goode*
Sheila P. Hiestand
Christopher W. Goode
BUBALO, HIESTAND & ROTMAN, PLC
1344 South Broadway
Lexington, Kentucky 40504
Tel: (859) 519-1750
Fax: (859) 519-1751

James C. Orr
Charles Miller
HEYGOOD, ORR, REYES & BARTOLOMEI
2331 W. Northwest Highway, 2nd Floor
Dallas, TX 75220

Michael D. Poulos
MICHAEL D. POULOS PC
1724 Sherman Avenue
Evanston, IL 60201
*Co-Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served electronically via CM/ECF, on this 27th day of June, 2008, to counsel of record.

*s/Christopher W. Goode*
Sheila P. Hiestand
Christopher W. Goode
*Co-Counsel for the Plaintiff*