NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDI L. KUNNEMANN, as INDEPENDENT ADMINISTRATOR OF THE ESTATE OF KARIN K. KUNNEMANN, | ) ) ) ) | |
| PLAINTIFF, | ) ) | NO.  05-C03211 |
| vs. | ) ) ) ) | Judge Castillo Magistrate Judge Keys |
| JANSSEN PHARMACEUTICA PRODUCTS, L.P., a New Jersey Corporation; and ALZA CORPORATION, a Delaware Corporation, | ) ) ) ) | |
| DEFENDANTS, | ) | |

**STIPULATION OF DISMISSAL**

It is hereby stipulated by and between the parties through their respective counsel and pursuant to Fed.R.Civ.P. 41(a)(1), that this action is hereby dismissed with prejudice. Each party to pay its own costs.

Date:  January 26, 2009.

Respectfully submitted,

/s/James Craig Orr, Jr.
James Craig Orr, Jr.(TBN #15313550)
Charles Wade Miller (TBN #24007677)
**HEYGOOD, ORR, REYES,
PEARSON & BARTOLOMEI**
2331 W. Northwest Highway
2nd Floor
Dallas, Texas 75220
Tel: (214) 526-7900
Fax:(214) 526-7910

and

STIPULATION OF DISMISSAL
Page 1

Christopher W. Goode
Sheila P. Hiestand
**BUBALO & HIESTAND, PLC**
1344 South Broadway
Lexington, Kentucky 40504
Tel: (859) 519-1750
Fax: (859) 519-1751
*Attorneys for Plaintiffs*


  /s/ Rita Maimbourg
Rita A. Maimbourg, Esquire
Tariq Naeem, Esquire
Courtenay Youngblood-Jalics, Esquire
Tucker Ellis & West LLP
1150 Huntington Building, 925 Euclid Avenue
Cleveland, Ohio  44115-1475
Telephone: (216) 696-4362
Facsimile: (216) 5009

and

David B. Sudzus, Esquire
(ARDC No. 6204604)
Attorney for Janssen Pharmaceutica Products, L.P.
and Alza Corporation
Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois  60606-1698
Phone: (312) 569-1000
Fax: (312) 569-3000
*Attorneys for Defendants*